## DOCKETING NOTICE

RE:   J-C-98-182

received & filed 6/23/98;   docketed as:

### PLAINTIFF's FILING OF 6/1/98 GRIEVANCE REPORT

JAMES W. McCORMACK, CLERK

By: _____
Jean Turman, Deputy Clerk

I Certify that a copy of this grievance form was submitted to the individuals named below

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 23 1998
JAMES W. McCORMACK, CLERK
By: Jean Turner DEP

Amend to case no. JC-98-182

Personal Record
GRIEVANCE REPORT

Date: 06-01-98

TO: (Chief) ~~Jailer, Bob Brotherick~~ Bob Cooper, Sheriff Dick Busby.

FROM: Inmate Clinton Jones — B-2- Cell #2

RE: Grievance Communicating a threat:

This is to inform you that I am filing the following grievance:

The reasons for my grievance are:

On 05-29-98 Chief Jailer Bob Brotherick at approximately 7:45 AM sent word to me by detainee Jerry Lawson that the postal inspector was stopping my use of the use of the United States postal service (as to say) that I Clinton Jones wont be allowed to forward any mail from the Crittenden Co. Jail Marion, Ark. After I wrote a grievance form to Bob Brotherick he called me out into the booking room area and stated that I mailed a mouse to the U.S.D.C. Jonesboro Ark. and it never got there that he was going to see to it that my use of the US mail be canceled I was called "Boy" which is a racial slur by Bob Brotherick and as stated above threatened by him I consider what was said by Bob Brotherick threating and racial also an infringement of my constitutional rights until I receive notice from the U.S. postal inspector that I have broken any federal laws any tempering with my mail will be a direct violation of my

Signature of Inmate

OVER

15

Constitutional rights and a violation of federal law. I don't deny that a mouse and roaches was sent to U.S.D.C. Court - they were sent as evidence in support of my case to show or let the Court realize that the infestation and filth that I live in from day to day is definitely a reality. At your earliest opportunity would you please look into this very delicate matter.

again thank you

*[signature]*

Witnessed by *[signature]* on this 1st day of June 1998. 7:30 AM

I Certify that a Copy of this Grievance form was Submitted to individual named below

TO: (Chief Jailer) BOB Brotherick

RE: Communicating a threat

From: Clinton Jones B-2 Cell #2

PERSONAL RECORD
GRIEVANCE REPORT

06-01-98

AMEND TO CASE No. J-C-98-182

On 05-29-98 at approximately 7:45 AM BOB Brotherick sent word to me By detainee Jerry Lawson that the postal inspector was stopping of Clinton Jones detainee of Crittenden Co. Jail Marion, Ark. that I won't be allowed to forward any mail from Crittenden Co. Jail I consider this statement made by BOB Brotherick not only a threat, but also an infringment on my Constitutional rights. Until I recieve notification from the postal inspector your tampering with my mail will be a direct violation of federal law.

Clinton J——

Witnessed by Jerry W. Law—— on this 29th day of May 1998. 8:15 AM

"I NEED GRIEVANCE FORMS TO AIR MY GRIEVANCE"

C/c file copy

jt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

June 23, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re:   3:98-cv-00182.

True and correct copies of the attached were mailed by the clerk to the following:

   Clinton Jones
   CRTDNCJ
   Crittenden County Jail
   87 Jackson Avenue
   Marion, AR   72364

                                              James W. McCormack, Clerk

Date:  6-23-98                                BY:  Jean Juvman