## DOCKETING NOTICE

**FROM:** Jonesboro Clerk's Office

**RE:** J-C-98-182

received & filed 7/6/98;   docketed as:

PLAINTIFF'S FILING OF LETTER SENT TO
WEST MEMPHIS POLICE DEPARTMENT.

JAMES W. McCORMACK, CLERK

By: *Jean Turman*
Jean Turman, Deputy Clerk

18

pg 1 pg 0

Amend to case no. J-C-98-182

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

07/02/98

JUL 06 1998

JAMES W. McCORMACK, CLERK
By: Jean Twernan
DEP. CLERK

Clinton Jones
87 Jackson St.
Marion, Ark. 72364

c/o West Memphis police dept.
60 Court street
West memphis, Ark, 72301

RE: having pending charges reduced to the proper charges Case no. CR-97-1215 & 97-CR-02336.

Attention
Officer m. weaver shield #287

Dear Officer Weaver:
  This letter is in reference to having to having the pending charges reduced against me. On 12-03-97 you arrested me after I had gone into Big star food store located at w. broadway, w. memphis, Ark. where I shoplifted (2) pkgs. of baby pampers valued at ($26.76) twenty six dollars and seventy six cents as you can see from the police report in which I enclosed I had a screwdriver in my pocket officer weaver that screwdriver I had in my pocket wasn't used in any way to harm any one. I have been held here in the Crittenden Co. Jail since 12-05-97 on charges of agg. robbery & agg. assault I have written the Complainent mr. Jerry Faust and every one else to bring out the truth in this matter, however, every attempt to bring out the truth or bring the truth to light has failed.
  Officer weaver I am charged wrong these charges that you loged against me are fabricated, invalid.

18

2 of 2 pages

also enhanced to give me greater charges officer weaver I have been confined here in the Crittenden jail for (7) months on these bogus charges I have written several letters to the public defenders office thus far no one wants to hear the truth Officer weaver you wrote the original police report about the crime that I committed which is simple shoplifting I have contended and still contend that the charges of agg. robbery & agg. assault and or robbery are wrong I ask you now to take the proper or necessary steps to correct a very serious mis character of justice and I await your most recent reply.

Thank you for your attention, cooperation, and your most valueable time

Respectfully submitted

[signature]

c/c file copy

please return both documents to me police report and warrants ASAP

again thank you

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

jt

July 6, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:98-cv-00182.

True and correct copies of the attached were mailed by the clerk to the following:

Clinton Jones
CRTDNCJ
Crittenden County Jail
87 Jackson Avenue
Marion, AR  72364

James W. McCormack, Clerk

Date: 7-6-98

BY: Jean Twenan